# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANN GOLDBERG et al., <br><br> Plaintiff(s), <br><br> v. <br><br> PLATINUM PARKING LLC et al., <br><br> Defendant(s). | Case No. C17-1368-MAT <br><br> ORDER TO SHOW CAUSE |

The Court set a deadline of November 24, 2017 for the filing of a Joint Status Report. (Dkt. 12.) Although the case remains pending against defendant Platinum Parking LLC, the Court has not, to date, received a Joint Status Report. The parties are herein ordered to SHOW CAUSE, on or before **December 15, 2017**, why they failed to comply with the deadline for filing a Joint Status Report and to otherwise provide a report as to the status of this case. The Clerk is directed to send a copy of this Order to the parties.

DATED this 8th day of December, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1